IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CECIL MATTHEWS,

    Plaintiff,

v.                                            Case No. 1:12-cv-64-MP-GRJ

KENNETH S. TUCKER,

    Defendant.

_____/

## O R D E R

Pending before Court are Plaintiff's Motion For Reconsideration (Doc. 6) and Plaintiff's First Amended Motion To Proceed In Forma Pauperis. (Doc. 7.)

On March 29, 2012, the Court entered an order instructing Plaintiff to amend his complaint because Plaintiff's original complaint included multiple unconnected alleged civil rights violations by the Defendant. (Doc. 5.) In his motion for reconsideration, Plaintiff requests the Court to reconsider its March 29 order arguing that all of his claims involve a common core of facts, namely Defendant's rules, regulations, policies and procedures. The motion for reconsideration is due to be denied for the same reasons explained by the Court in its Order directing Plaintiff to amend his complaint. As an example of the lack of connection between and among the claims Plaintiff has included in his complaint a claim that his rights as a Native American were violated by denying him the use of his religious beads with a claim relating to the return of his mail for reasons wholly unrelated to his Native American heritage. The fact that Plaintiff's claims all involve a policy, procedure, rule, or regulation promulgated or enforced by Defendant does not mean that the claims involve a common core of facts. If that was the case a prisoner could file one lawsuit and include every challenge to prison

conditions in one lawsuit, even if the claims were unrelated in time, nature or prison because in almost every lawsuit challenging prison conditions there is an allegation that a policy, procedure, rule or regulation has been violated. Therefore, as previously instructed Plaintiff will be required to file an amended complaint that does not attempt to combine completely unrelated claims.

Turning to Plaintiff's First Amended Motion To Proceed In Forma Pauperis, Plaintiff has failed to provide a complete financial certificate and inmate account statement in support of his motion. (Doc. 7.)  Plaintiff's attention is directed to paragraph 1 of the prisoner consent form and financial certificate, which provides "I must request an authorized official to complete the attached Financial Certificate and I must attach a print-out reflecting all transactions in my inmate bank account for the full six (6) month period of time preceding the filing of this complaint." Plaintiff has only provided a print-out for March 2012 and failed to provide the Financial Certificate completed by an authorized prison official.  The Court will defer further review of Plaintiff's claims pending correction of these deficiencies.

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion For Reconsideration (Doc. 6) is **DENIED.**

2. The **Clerk** is instructed to send the Plaintiff blank copies of the Court's form complaint for use by prisoners in actions under 42 U.S.C. § 1983 and a blank motion to proceed in forma pauperis for use by prisoners.  Plaintiff shall file an Amended Complaint, completing the complaint form in full, as well as a Second Amended Motion to Proceed In Forma Pauperis. Plaintiff shall file the Amended Complaint, with a service copy for each Defendant, and the Second Amended Motion To Proceed In Forma Pauperis **on or before April 30, 2012.**

3. Failure to comply with this Order as directed will result in a recommendation that this case be dismissed without further notice.

**DONE AND ORDERED** this 9th day of April 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge